1:15CV-310

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Randy R. Wallace JR, do hereby request to leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this Civil Suit action, or to give security therefor, and that I believe I am entitled to redress. I futher state the following:

I am not employed ( )
or
I am employed by Touchstone Solutions Inc.

and my salary is $ 10.50 per Hour

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above under employment and state the amount):
_____
_____

I have $ 0.00 IN CASH

I have the following funds in the bank: None

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| | | $ 0.00 |
| | | $ 0.00 |
| | | $ 0.00 |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| | VALUE |
|---|---|
| Clothing | $ 250.00 |
| Furniture | $ 300.00 |
| | $ |

I have the following debts:

| |
|---|
| Rent = $500 a Month |
| Utilities = $200 a Month |
| Child Support = $370 a Month |
| Student Loans = $70 a Month |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| Ramir J. Wallace | Son | 8 |
| Randell E. Wallace | Son | 6 |
|  |  |  |
|  |  |  |

_Randy R. Wallace Jr._
Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __16TH__ day of __DECEMBER__, 20__15__.

_Randy Wallace_
Plaintiff's Signature

## ORDER

AND NOW, this _____ day of _____, 20_____,

Motion granted.

_____
UNITED STATES DISTRICT JUDGE