UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Randy R. Wallace Jr.

CIVIL ACTION NO.

V

1:15-CV-310

FanDuel Inc.

Randy R. Wallace Jr. is a resident of Meadville, Crawford County, Pennsylvania and a citizen of the United States.

The Defendant FanDuel is a Business in New York City, New York in the United States.

Diversity Lawsuit

On Wednesday September 3rd 2014 I joined Fantasy Sports Site FanDuel. I played for a whole year entering and betting on mostly NBA & NFL games. Im a pretty knowledgeable guy when it comes to players and on the Court/Field play. People use to always tell me FanDuel was a scam but I never believed it until one day I sat down and thought about it. I never hit big on any of the games so that made me do a little investigation of my own. Looking at all my games I played majority of the 1st or 2nd place winners all registered in the month of September. Not only that but most of all them was in 2014. If it wasn't in the month of September it was either October or

November the member registered. Also if you look at some of the 1st & 2nd place winners win history the numbers are ridiculous and unbelievable. At that moment I knew FanDuel was a Fraud, Cheating and Fixed website. The reason im filling a lawsuit against FanDuel Inc. is because I strongly believe that their games are fixed. Im strongly believe FanDuel creates fake profiles and those fake profiles are computerized & generated to pick the best performed players of the night at each position. Either that or FanDuel goes back into the lineups and edit it. They pick the best performed players of the night before the last game is over. Its not that hard to believe because there is no way to track Users profile stat history. On top of that its a lot of complaints out about people being allowed to change their lineups after the contest has began, That's also called cheating. Wherefore, Me the Plaintiff Randy R. Wallace Jr. demands judgment against the defendant for $10,000,000 for cheating and damages that have been done. I Randy R. Wallace Jr. also would like to request a trial by Jury.

SIGNATURE *Randy Wallace*

NAME: Randy R. Wallace Jr.

ADDRESS: 740 Park Avenue
Meadville, PA 16335

TELEPHONE # 814-882-3315

**DEFENDANT:** FanDuel Inc.

**ADDRESS:** 1375 Broadway 6th Floor
New York, NY 10018
United States

**TELEPHONE:** 415-237-2774